```
       UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                            CASE NO. 04 B 34960
    ROGER D ROYAL
    SANDRA ROYAL                                  CHAPTER 13

                                                  JUDGE: BRUCE W BLACK

              Debtor
    SSN XXX-XX-8249     SSN XXX-XX-2649
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 09/21/04 and confirmed on 11/15/04.

    2.  The plan is paid in full.

    3.  The Debtor paid a total of $ 30080.00 .

    4.  The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| AMERICREDIT FINANCIAL | SECURED VEHIC | 10675.00 | 1796.45 | 10675.00 |
| AMERICREDIT FINANCIAL | SECURED VEHIC | 10300.00 | 1733.29 | 10300.00 |
| ADVENTIST HEALTH PARTNER | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | 375.52 | .00 | 37.55 |
| CAPITAL ONE FINANCIAL | UNSECURED | 916.36 | .00 | 91.64 |
| HA METCALF SC | UNSECURED | NOT FILED | .00 | .00 |
| FOX VALLEY IMAGING CTR | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 387.35 | .00 | 38.74 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 1221.59 | .00 | 122.16 |
| ROUNDUP FUNDING LLC | UNSECURED | 2276.00 | .00 | 227.60 |
| PEOPLES GAS | NOTICE ONLY | NOT FILED | .00 | .00 |
| AMERICREDIT FINANCIAL | UNSECURED | 4593.03 | .00 | 459.30 |
| AMERICREDIT FINANCIAL | UNSECURED | 8658.79 | .00 | 865.88 |

            Summary of disbursements:
---

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 20975.00 | .00 | 18428.64 | .00 | 39403.64 |
| PRINCIPAL PAID | 20975.00 | .00 | 1842.87 | .00 | 22817.87 |
| INTEREST PAID | 3529.74 | .00 | .00 | .00 | 3529.74 |
| TOTAL PAID | 24504.74 | .00 | 1842.87 | .00 | 26347.61 |

The Debtor's attorney, JOHN A REED                     , was allowed $   2700.00
and was paid $    406.00   direct and $    2294.00   through the plan.

The Trustee received $    1362.25 .

Refunds to the Debtor totaled $       76.14 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability

in this case.

Dated: 01/13/09                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE